# EXHIBIT B

VOL 2915 PAGE 134

3985080

INSTRUMENT OF TRANSFER

THIS INDENTURE, made as of the 26th day of May, 1948, between THE UNITED STATES OF AMERICA, acting by and through the General Services Administrator, under and pursuant to the powers and authority contained in the provisions of the Federal Property and Administrative Services Act of 1949 and the Surplus Property Act of 1944 (58 Stat. 765) as amended thereby and regulations and orders promulgated thereunder, party of the first part and KING COUNTY, WASHINGTON, a municipal corporation under the laws of the State of Washington, acting by and through its Board of County Commissioners, party of the second part,

WITNESSETH: That the said party of the first part, for and in consideration of the assumption by the party of the second part of all the obligations and its taking subject to certain reservations, restrictions and conditions and its covenant to abide by and agreement to certain other reservations, restrictions and conditions, all as set out hereinafter, conveys and quitclaims to the said party of the second part, its successors and assigns, under and subject to the reservations, restrictions and conditions, exceptions, and reservation of fissionable materials and rights hereinafter set out, all its right, title and interest in the following described property situate in the City of Seattle, County of King, State of Washington, to-wit:

(TRACT 1)

Beginning at a point on the centerline of Airport Way in King County, Washington, said point being marked by a City of Seattle Monument in a case, at the Northerly end of a curve on said Airport Way, said Monument bearing North 38° 48' 18.4" West a distance of 496.35 feet from the point of intersection of the two tangents to said curve; thence South 51° 13' 41.6" West a distance of 355.0 feet; thence South 38° 46' 18.4" East a distance of 157.28 feet to the true point of beginning; thence continuing South 38° 46' 18.4" East a distance of 400.0 feet; thence North 51° 13' 41.6" East a distance of 245.87 feet; thence along the arc of a curve to the left, having a radius of 2068.92 feet; and an initial course of North 26° 56' 02.4" West a distance of 5.28 feet; thence North 27° 04' 48.4" West a distance of 210.11 feet; thence along the arc of a curve to the left having a radius of 1709.24 feet and central angle of 6° 24' 43" a distance of 191.28 feet; thence South 51° 13' 41.6" West a distance of 317.73 feet to the true point of beginning;

(TRACT 34A)

Beginning at a point on the line between the East and West halves of Luther M. Collins Donation Land Claim No. 46, in Section 29, Township 24 North, Range 4 East, Willamette Meridian, in King County, Washington, said point being 50 feet North of the Northwest corner of Block A, Queen Addition Supplement; thence South 0° 16' 05" West along said line, a distance of 391.3 feet; thence West a distance of 382.7 feet; thence North 11° 56' East, a distance of 400 feet; thence East a distance of 300 feet to the point of beginning;

VOL 2915 PAGE 135

(TRACT 34B)

Beginning at the Southeast corner of Block 2, Elizabeth Addition to the City of Seattle, Washington, said point being on the line between the East and West halves of Luther M. Collins Donation Land Claim No. 46; thence South 0° 16' 05" West along said line, a distance of 466.4 feet; thence West 300 feet; thence North 11° 56' East, a distance of 477.2 feet, more or less, to the South line of said Block 2, Elizabeth Addition; thence South 89° 56' East, along said South line, a distance of 210 feet to the point of beginning;

(TRACT 34C)

Beginning at a point on the line between the East and West halves of Luther M. Collins Donation Land Claim No. 46 in Section 29, Township 24 North, Range 4 East, Willamette Meridian, in King County, Washington, said point being 26.7 feet North of the intersection of said line with the Meander line of the Duwamish River; thence South 0° 16' 05" West, a distance of 26.7 feet to the said Meander line; thence along said Meander Line, South 70° 50' 35" West, a distance of 47.29 feet; thence continuing along said Meander line, South 46° 15' 49" West, a distance of 192.38 feet; thence continuing along said Meander line, South 52° 16' 21" West, a distance of 286.96 feet; thence continuing along said Meander line, South 33° 28' 16" West, a distance of 135 feet, more or less, to an intersection with a line drawn parallel to and 250 feet Easterly from the East line of Ellis Avenue; thence North 11° 56' East along said line parallel to and 250 feet Easterly from the East line of Ellis Avenue a distance of 475 feet, more or less, to a point which bears due West from the point of beginning; thence East 382.7 feet to the point of beginning;

(TRACTS 34D, 34E and 34F)

Beginning at a point on the East line of Ellis Avenue North 11° 56' East a distance of 203.2 feet from the point of intersection of said East line of Ellis Avenue and the South line of the Collins donation land claim No. 46; thence continuing along said East line of Ellis Avenue North 11° 56' East a distance of 339.7 feet to the point of intersection of said East line with the extended centerline of Willow Street, which point is South 77° 44' 15" East a distance of 30 feet from the City monument located on the centerline of Ellis Avenue; thence South 77° 44' 15" East along the extended centerline of Willow Street a distance of 222 feet to a point of intersection with the meander line of the old waterway; thence South 33° 28' 16" West a distance of 68 feet more or less to an angle point on said meander line; thence South 14° 26' 16" West following said meander line a distance of 54.00 feet to an angle point on said meander line; thence South 2° 15' 13" East a distance of 162.02 feet to an angle point on said meander line; thence South 87° 0' West a distance of 240 feet to the point of beginning;

(TRACTS: 34F, partial; 34G; 34H and 34I)

Beginning at a point on the East line of Ellis Avenue, which point is South 77° 44' 15" East, a distance of 30 feet from a city monument located at the point of intersection of the center lines of Willow Street and Ellis Avenue; thence North 11° 56' East along the east line of Ellis Avenue to a point on the East line of Ellis Avenue 1216.9 feet distant from the point of intersection of the East line of Ellis Avenue and the South line of Luther M. Collins Donation Land Claim No. 46; thence North 87° East, a distance of 252.8 feet; thence South 11° 56' West, a distance of 674.0 feet, more or less, to the Meander line of Duwamish River; thence along said Meander line South 33° 28' 16" West, a distance of 68.0 feet to a point of intersection of said Meander line with the center line of Willow Street extended Southeasterly; thence along said extended center line of Willow Street, North 77° 44' 15" West, a distance of 222.0 feet to the point of beginning;

(TRACT 34J)

Beginning at a point on the East line of Ellis Avenue in the City of Seattle, Washington, said point being North 11° 56' East a distance of

- 2 -

VOL. 2915 PAGE 136

1216.9 feet from the intersection of said East line with the South line of Luther M. Collins Donation Land Claim No. 46; thence North 11° 56' East along said East line of Ellis Avenue, a distance of 103.4 feet; thence North 87° East, a distance of 252.8 feet; thence South 11° 56' West a distance of 103.4 feet; thence South 87° West, a distance of 252.8 feet, to the point of beginning;

(TRACTS 34K, 34L and 34M)

Beginning at a point on the East line of Ellis Avenue in the City of Seattle, Washington, said point being North 11° 56' East, a distance of 1320.3 feet from the intersection of said East line with the South line of Luther M. Collins Donation Land Claim No. 46; thence North 11° 56' East along said East line of Ellis Avenue, a distance of 578.8 feet, more or less, to the South line of Block 2, Elizabeth Addition; thence South 89° 56' East along said South line of Block 2, a distance of 249.7 feet; thence South 11° 56' West, a distance of 574.8 feet, more or less, to a point which bears North 87° East from the point of beginning; thence South 87° West, a distance of 252.8 feet to the point of beginning;

Together with a perpetual easement and right of way to construct, maintain, repair, operate, patrol, replace and/or remove a drainage system over and through, under, along and across certain real property situate in the County of King, State of Washington, more particularly described in the following easement deeds from the grantors indicated:

(a) Isaacson Iron Works, a Washington corporation, to the United States of America, dated January 30, 1947, and recorded February 6, 1947 in Volume 2585 of Deeds, page 531, records of King County, Washington;

(b) Teresa Greco to the United States of America, dated December 24, 1946 and recorded January 16, 1947 in Volume 2577 of Deeds, page 109, records of King County, Washington;

Together with appurtenant avigation easements, and buildings, structures, improvements and equipment described as follows:

| | | |
|---|---|---|
| T-101 | 5' x 7' | Guard House |
| T-102 | 76' x 270' | School Bldg. |
| T-103 | 76' x 270' | B. O. Q. |
| T-105 | 35' High | Flag Pole |
| T-106 | 18' x 30' | Bridge |
| T-107 | 20' x 100' | Laundry |
| T-108 | 20' x 72' | Recreation Bldg. |
| T-109 | 25'4" x 28'2" | Latrine |
| T-110 | 20' x 100' | Supply Room |
| T-111 | 20' x 84' | Recreation Building |
| T-112 | 67' x 220' w/Wings: 39' x 56'6" and 40' x 53'6", w/Addns: 18' x 56'6" | Mess Hall |
| T-112A | 4' High | Incinerator, 4' High |
| T-113 | 20' x 100' | Barracks |
| T-114 | 12' x 20' | Shop |
| T-115 | 20' x 100' | Barracks |
| T-116 | 20' x 40' | Latrine |
| T-117 | 20' x 56' | Latrine |
| T-118 | 20' x 100' | Barracks |
| T-119 | 20' x 100' | Barracks |
| T-120 | 20' x 100' | Barracks |
| T-121 | 20' x 100', w/Wings: 30'x40', 30'x38', and 10' x 22' | Post Exchange |

- 3 -

VOL 2915 PAGE 137

| Building | Dimensions | Use |
|---|---|---|
| T-122 | 20' x 100' | Barracks |
| T-123 | 20' x 100' | Barracks |
| T-124 | 20' x 100' | Barracks |
| T-125 | 20' x 56' | Latrine |
| T-126 | 20' x 100' | Barracks |
| T-127 | 20' x 100' | Barracks |
| T-128 | 82' x 36' w/ Wings: 23' x 39', 16' x 69', 16' x 60', & 15' x 69' | Post Engineer |
| T-129 | 20' x 100' | Barracks |
| T-130 | 20' x 84', w/ Addns: 20' x 24' | Post Office Building |
| T-131 | 20' x 100' | Barracks |
| T-132 | 10' x 10' | Platform Shelter |
| T-133 | 25'4" x 57'2" | Latrine |
| T-134 | 20' x 40' | Latrine |
| T-135 | 6' x 8' | Clock House |
| T-136 | 20' x 100' | Barracks |
| T-137 | 20' x 100' | Barracks |
| T-138 | 20' x 100' | Barracks |
| T-140 | 20' x 100' | Barracks |
| T-141 | 20' x 100' | Barracks |
| T-142 | 20' x 72' | Chapel |
| T-143 | 20' x 84' | Day Room |
| T-145 | 25'4" x 48'2" | Latrine |
| T-150 | 25' x 124' | Dispensary |
| T-152 | 20' x 100' | Medical Supply |
| T-156 | 20' x 100' | Barracks |
| T-158 | 20' x 100' | Barracks |
| T-162 | 20' x 100' | Barracks |
| T-164 | 20' x 100' | Barracks |
| T-168 | 20' x 84' | Day Room |
| T-170 | 20' x 100' | Barracks |
| T-171 | 20' x 100' | Barracks |
| T-172 | 20' x 100' | Barracks |
| T-174 | 20' x 100' | Barracks |
| T-176 | 20' x 100' | Barracks |
| T-178 | 20' x 84' | Supply Building |
| T-180 | 25'4" x 57'2" | Latrine |
| T-181 | 20' x 100' | Barracks |
| T-182 | 20' x 100' | Barracks |
| T-184 | 20' x 100' | Barracks |
| T-186 | 20' x 100' | Barracks |
| T-187 | 20' x 100' | Barracks |
| T-188 | 20' x 100' | Barracks |
| T-190 | 20' x 100' | Barracks |
| T-191 | 58' x 112', w/ Addns: 22' x 30' & 20' x 20' | Gym |
| T-192 | 20' x 100' | Barracks |
| T-193 | 15' x 37' | Bridge |
| T-195 | 20' x 72' | Recreation & Shipping |
| T-197 | 10' x 10' x 2" | Coal Bunker (Serves Bldg. T-199) |
| ~~T-198~~ R&B | ~~50' x 103', w/ Wings: 22' x 25' & 12' x 24'~~ | ~~Theatre~~ |
| T-199 | 20' x 100', w/ Addn. 20' x 20' | B. O. Q. |
| T-301 | Hangar, 117' x 202' w/addns: 18'2" x 40'10" | Hangar |
| T-303 | 10' x 10' x 2" | Coal Bunker (Attached to T-301) |
| T-304 | 20' x 30' | Rack, Wash, Concrete |
| T-305 | 6' x 8' | Clock House |
| T-306 | 11' x 18' | Paint Storage |
| T-308 | 4' x 32' | Rack, Grease, Concrete |
| T-309 | 5' x 5' | Guard House |
| T-310 | 25'4" x 54' | Oil & Dope Storage |
| T-311 | 16' x 18', w/ Addns: 7'4" x 18' | Mock-Up, Engine Run |

- 4 -

VOL 2915 PAGE 138

| Building | Dimensions | Description |
|---|---|---|
| T-312 | | Gas Pump & Tank |
| T-314 | 80'2" x 122'3", w/Addn: 16' x 86'8" & Coal bunker 5'x28' | Hangar |
| T-316 | 80'2" x 122'3", w/Addns: 16'x68'8" and 5' x 28' | Hangar |
| T-318 | 76' x 159', w/ 20' x 25' Addn. | A. C. Supply Bldg. |
| T-326 | 10' x 16' | Dope & Oil Storage Warehouse |
| T-320 | 9' x 6' | Shed, Portable, skid mounted |
| T-320A | 9' x 6' | Shed, Portable, skid mounted |
| T-330 | 20' x 28', w/20' x 30' lean-to addn. | Storeroom |
| T-332 | 13' x 39' | Pump House, (North) |
| T-500 | 20' x 58' | Barracks |
| T-507 | 18' x 36' | Latrine |
| T-509 | 18' x 36' | Latrine |
| T-511 | 18' x 36' | Latrine |
| T-513 | 18' x 36' | Latrine |
| T-515 | 18' x 36' | Latrine |
| T-516 | 7' x 15' | Shed |
| T-517 | 21' x 30' | Shed |
| T-519 | 9' x 73' | Grease Rack |
| T-521 | 33' x 34', w/ Wings: 13' x 15½' | Garage |
| T-523 | 8' x 15' | Tank, Oil Storage |
| T-525 | 18' x 54', w/wings | Barracks, w/wings: 14' x 20' |
| T-527 | 16' x 36' | Barracks |
| T-527A | 10' x 12' | Oil Storage |
| T-528 | 20' x 40' | Barracks |
| T-531 | 18' x 54', w/wings | Barracks, w/wings: 14' x 20' |
| T-532 | 20' x 40' | Barracks |
| T-533 | 20' x 100', w/ Wings: 12' x 60' & 24' x 24' | Warehouse |
| T-534 | 20' x 40', w/wings 20' x 12' | Barracks |
| T-535 | 20' x 48' | Barracks, E.M. |
| T-536 | 20' x 48' | Barracks, E.M. |
| T-537 | 20' x 34', w/ Wings: 14' x 20' | Barracks |
| T-538 | 20' x 34', w/ Wings: 14' x 20' | Barracks |
| T-539 | 20' x 80' | Barracks |
| T-540 | 18' x 18' | Paint Storage |
| T-541 | 25' x 63', w/wing 8' x 8' | Barracks |
| T-542 | 15' x 15' | AA Gun Emplacement |
| T-542A | 10' x 10' | Earth Mound for Ammo. Storage |
| T-543 | 25' x 63', w/ 9' x 12' addn. | Barracks |
| T-544 | 15' x 15' | Oil & Dope Storage |
| T-545 | 25' x 63', w/ 4' x 6' Addn. | Barracks |
| T-547 | 25' x 63' | Barracks |
| T-549 | 25' x 63' | Barracks |
| T-551 | 20' x 48', w/wings 20' x 12' | Barracks |
| T-553 | 18' x 21' | Latrine |
| T-555 | 20' x 25' | Barracks |
| T-558 | 20' x 48' | Barracks |
| T-559 | 20' x 32' | Open Lumber Storage Shed |
| T-560 | 20' x 48' | Barracks |
| T-561 | 20' x 32' | Shed |
| T-563 | 10'6" x 16' | Mess Kit Shelter |
| T-564 | 20' x 56' | Barracks |
| T-571 | 20' x 100' | Barracks |
| T-573 | 20' x 100' | Barracks |
| T-575 | 20' x 100' | Barracks |
| T-577 | 20' x 100' | Barracks |
| T-578 | 20' x 48' | Barracks |

- 5 -

VOL 2915 PAGE 139

| Bldg. | Dimensions | Description |
|---|---|---|
| T-579 | 20' x 46', w/ Addn: 6' x 9' | Latrine |
| T-581 | 20' x 100' | Barracks |
| T-583 | 20' x 40' | Barracks |
| T-585 | 20' x 76', w/wing 20' x 40' | Mess Hall |
| T-589 | 20' x 100' | Barracks |
| T-591 | 20' x 100' | Barracks |
| T-609 | | Incinerator |
| T-622 | 16' x 32' | Shed |
| T-624 | 90' x 156', w/ 2nd floor- 90' x 17'8" | Warehouse |
| T-629 | 20' x 96' (2-20' x 48' bldgs. combined) | Storehouse |
| T-631 | 20' x 88', w/wings 20' x 40' & 12' x 16' | Mess Hall |
| T-633 | 20' x 112', 20' x 72' & 20' x 112', 20' x 24' | Quarters, w/Latrine |
| T-635 | 16' x 48', w/ Wings: 8' x 16' - 4' x 8' | Garage |
| T-641 | 48' x 48', 16' x 32', 20' x 56', w/wings: 20' x 32', 20' x 32', & 12' x 12' | Fire Station, w/hose tower & concrete coal bunker |
| T-649 | 7'5" x 9'5", w/ wings: 4' x 4' | Sewage Pump House |
| T-653 | 16' x 16' | Shed |
| T-655 | 10' x 12' | Shed |
| T-661 | 10' x 13' | Compressor House #1 |
| T-663 | 48' x 128' | Field Service Bldg. |
| T-665 | 7' x 15' | Septic Tank |
| T-637 | 125' x 177' | Hangar, XB-29 |
| T-639 | 21' x 22', w/addn. 8' x 16' | Boiler House |
| T-643 | 75,000 Gal. | Water Tank |
| T-645 | 20' x 26' | Pump House |
| T-647 | 75,000 Gal. | Water Tank |
| T-673 | 20' x 60' | Shop Building |
| T-675 | 20' x 10' | Shed |
| T-675A | 10' x 6' | Shed |
| T-675B | 10' x 6' | Shelter, Plywood |
| T-675C | 10' x 6' | Shelter, Plywood |
| T-677 | 120' x 120' | Gun Revetment |
| T-700 | 92' x 118', w/roofed over area 11' x 92', w/fence, wood, 420 lin. ft. x 7'8" hi., w/link wire gate 14'6" | Salvage Yard |
| T-730 | 20' x 40' | Barracks |
| T-732 | 10' x 13' | Compressor House |
| T-734 | 48' x 128' | Field Service Bldg. |
| T-736 | | Septic Tank, Underground |
| T-764 | 48' x 140', w/ Wings: 2 ea. 20' x 24' | Flight Delivery Service Bldg. |
| T-768 | 30' x 114' | Office Building |
| T-785 | 13' x 55' | So. Drainage Pump House |
| T-1702 | 8' x 4', w/inlet | Coal Bunker (T-102) |
| T-1703 | 10' x 10' x 2", w/shelter | "   "   (T-103) |
| T-1707 | 10' x 10' x 2" | "   "   (T-107) |
| T-1708 | "   " | "   "   (T-108) |
| T-1709 | "   " | "   "   (T-109) |
| T-1712 | "   " | "   "   (T-112) |

- 6 -

VOL 2915 PAGE 140

| | | | |
|---|---|---|---|
| T-1713 | 10' x 10' x 2" | Coal Bunker | (T-113) |
| T-1716 | " " " | " " | (T-116) |
| T-1717 | " " " | " " | (T-117) |
| T-1720 | " " " | " " | (T-120) |
| T-1724 | " " " | " " | (T-124) |
| T-1725 | " " " | " " | (T-125) |
| T-1729 | " " " | " " | (T-129) |
| T-1733 | " " " | " " | (T-133) |
| T-1734 | " " " | " " | (T-134) |
| T-1736 | " " " | " " | (T-136) |
| T-1740 | " " " | " " | (T-140) |
| T-1743 | " " " | " " | (T-143) |
| T-1745 | " " " | " " | (T-145) |
| T-1750 | " " " | " " | (T-150) |
| T-1752 | " " " | " " | (T-152) |
| T-1762 | " " " | " " | (T-162) |
| T-1776 | " " " | " " | (T-176) |
| T-1778 | " " " | " " | (T-178) |
| T-1780 | " " " | " " | (T-180) |
| T-1784 | " " " | " " | (T-184) |
| T-1788 | " " " | " " | (T-188) |

Coal Bunkers Attached to Bldgs. T-573, T-579, T-593, T-631, T-633.

Together with all attached fixtures and equipment contained in and used in connection with said buildings above listed including all government owned attached fixtures and equipment in Building T-529 owned by King County;

All runways, taxiways, aprons, roads, spoilers, fencing and other improvements situated on the property herein conveyed and leased property surrendered;

All of the sewer system, water system, compressed air system, drainage system, electrical system including ruby lights for fire reporting stations and field markings and lighting situated on the property herein conveyed and leased property surrendered;

1  Grader, "Caterpillar", Diesel, Ser. 1R-999, Eng. #20P6687, 1942, Mod. 212, with:
   2 Tires and Tubes, 6:50 x 20
   4 Tires and Tubes, 1000 x 24
   1 Extinguisher, Fire, OO/2, 4½#
   6 Extra Blades for Grader
1  Mower, "McCormack & Doering", Mod. #7, with:
   2 Tires and Tubes, 500 x 21
1  Snowplow, "Ross", mfgr. Burch Corp., Mod. R2-8-9-ft., Ser. #43284
1  Snowplow "Duplex", Angle type, Ser. #DD-1143
1  Tractor, "Cletrac", Overhead Loader, Ser. #6D608, Eng. #1806940 DJXG, Size-3-3/4 x 4-1/2, Mod. BD 44, Mfgr. "Cleveland Tractor Co.", Bore 3-3/4", Stroke 4 1/2", Diesel, Attachments:
   Overhead Loading attachment, w/1/2 cu. yd. bucket
   w/winch, "Sargent", Mod. #38
1  Tractor, Mower, VA-1, "Case", Ser. #12536 (eng) Chassis #4700680, 1942, Mod. CD-14, with attachment and cutting bar, w/power takeoff and power lift, Accessories:
   2 Tires and Tubes, front 600 x 16
   2 Tires and Tubes, back 900 x 24
   1 Cultivating attachment
   2 Extra blades
   1 "2-way" plow
1  Tractor, "Caterpillar", Bulldozer, U.S.A. No. 354, Ser. #5E3215-SP, Hydraulic Lift, with attachment Trail Builder, LaPlante Choate Bulldozer, Ser. #RBL-35-20, USA #1400
1  Truck, Ford V-8, Converted to all Wheel Drive by Marmon-Herrington, Chassis #MM5-4-54, Motor #547316 with Klawer Snogo - R1, Mod. LTR, Ser. #1060, Truck Loader Ser. #712, Gas driven; Eng. "International", 6-cylinder No. UHM-5575, Accessories:
   4 Tires and Tubes 8.25 x 20

- 7 -

VOL 2915 PAGE 141

1    Truck, Fire, Ford #2, Motor #21T-5086, 1-1/2 ton USA #501526.
American Barton Fire Pump, 500 gallon capacity, Ser. #C-54952.
Equipped with:
- 1 Light, signal, Mars
- 6 Tires and Tubes, 7.50 x 20
- 1 Unit, Radio, Communication, 2-way
- 1 Extinguisher, Fire, CTC, 1 Qt.
- 1 Ladder, roof, 14' long
- 1 Ladder, ext. 24' long
- 2 Suction hoses, 4", hard rubber, 10' sections
- 4 Belts, safety
- 2 Wrenches, spanner, 2-1/2"
- 1 Applicator, 6"
- 1 Applicator, 8'
- 1 Pole, pike, 8'
- 1 Adapter, 2-1/2" to 1-1/2"
- 2 Nozzles, shut-off, w/5/8" tips, 2-1/2"
- 2 "Y", gates, 2-1/2" to 1-1/2"
- 2 Connectors, double female, 2-1/2"
- 2 Connectors, double male, 2-1/2"
- 2 Connectors, double female, 4-1/2" to 4-1/2"
- 1000 Ft. Hose, double jacket, 2-1/2"
- 250 Ft. Hose, double jacket, 1-1/2"
- 2 Nozzles, Comb. Fog & Straight Stream, 1-1/2"
- 1 Wrench, Spanner, double, 2-1/2"
- 1 Clamp, hose
- 1 Axe, fire, pick head
- 1 Wrench, hydrant, Adj.
- 1 Wrench, ground valve
- 1 Bar, pinch
- 1 Bar, hook claw
- 1 Gal. CTC, Fire Extinguisher
- 1 Extinguisher, fire, foam, 2-1/2 gal.
- 1 Indian back-pack, water pump can, 5-gal.
- 1 Thomson light
- 15 Ft. Hose, fire, cotton, soft suction, 4-1/2"
- 1 Connector, double, female, 4-1/2" x 4"
- 4 Tips, nozzle, fire, 2-3/4"
- 1 Hard suction screen
- 1 Hose jacket
- 1 "Y", Straight, 2-1/2" to 2-1/2"
- 1 Shovel, round point
- 200 Ft. Booster line, w/nozzle & shut-off, 1"
- 1 Tip, 3/8"
- 1 Cap, 4"
- 1 Reducer, 4" to 2-1/2"
- 2 Caps, 2-1/2"
- 1 Wrench, spanner, 4-1/2"
- 1 Wrench, Crescent, 12"
- 1 Wrench, Spanner, 2-1/2"
- 2 Lights, spot

1    Truck, Fire, "International", #506887, 2x4, Mod. HF-65526, Motor,
#GRD-253 38844, "Central Pacific Fire Corp.", mod. 1300A, Ser.
#CA-135 (1944), 500 gal. pumper, w/following accessories:
- 6 Tires & Tubes 700 x 20
- 1 Wrench, Lug
- 1 Wrench, Sparkplug
- 2 Wrenches, Wheel
- 1 Spare Wheel
- 1 Reducer, 4-1/2" to 4"
- 1 Reducer, 4-1/2" to 2-1/2"
- 15 Ft. Hose, Cotton, Soft suction, 4-1/2"
- 2 Caps, brass, 4-1/2"
- 2 Hoses, fire, hard suction, rubber, 4", 10' lengths
- 3 Caps, brass, 2-1/2"
- 2 Adapters, 2-1/2" to 1-1/2"
- 1 Wye, gate, 2-1/2" to 2-1/2" to 2-1/2"
- 1 Clamp, hose, "Hebert"
- 1 Tip, nozzle, 1-1/8"
- 1 Tip, nozzle, 1-1/4"
- 2 Nozzles, shut-off, w/1" tips, 2-1/2"

- 8 -

vol. 2915 page 142

```
   1 Screen, hard suction
   2 Connectors, double female, 2-1/2"
   3 Connectors, double, male, 2-1/2"
   2 Wyes, gates, 2-1/2" to 1-1/2"
   2 Playpipes, 2-1/2"
   1 Applicator, 6'
   1 Applicator, 8'
   1 Pole, pike, 8'
   7 Belts, safety, leather
1000 Ft. Hose, fire, cotton, D.J., 2-1/2"
   1 Wrench, hydrant, double, 2-1/2"
   1 Ladder, roof, 14'
   1 Ladder, ext., 24'
   1 Extinguisher, fire, water, pump, 2-1/2 gal.
 200 Ft. Rope, 3/4"
   1 Shovel, L.H., R.P.
   1 Wye, Straight, 2-1/2" to 2-1/2"
   1 Pump, tire, hand
   1 Kit, first aid, 16-unit
   1 Nozzle, foam
   1 Light, "Thomson", w/dry cell battery & metal case
   1 Kit, crash
   5 Wrenches, spanner, 2-1/2"
   1 Reducer, 2-1/2" to 1-1/2"
   1 Bag, tool, canvas
  14 Wrenches, double, open end
   1 Wrench, comb. open & spanner
   1 Wrench, spanner, 1-1/2"
   1 Wrench, single, open end
   1 Wrench, comb. box & open end
   1 Wrench, Monkey, 14"
   1 Screwdriver, common, 10"
   1 Gun, grease, hand
   1 Wrench, sparkplug
   1 Wrench, wheel, double end
   1 Wrench, pipe, 18", adj.
   1 Jack, 3-ton, hydraulic, w/handle
   2 Irons, tire
   1 Belt, safety
   2 Cans Solution, foam, 2-gal. each
   4 Spotlights, 5"
   1 Siren, fire
 300 Ft. Hose, fire, cotton, 1-1/2"
   2 Nozzles, fog, shut-off, 1-1/2"
   1 Extinguisher, fire, CTC, 1-qt.
   1 Extinguisher, fire, CO/2, 15#
   1 Axe, fire, pickhead
   1 Bar, claw, hook
   1 Wrench, ground valve
   1 Reel, hose
 200 Ft. Hose, rubber, booster, 1"
   1 Nozzle, fog, combination, 1"
   1 Cutter, wire, 1"
   2 Spanners, 4-1/2"
   3 Wrenches, auto, adj.
   1 Clamp, hose
   1 Wrench, spanner, hydrant, 2-1/2"
```

(Extra Fire-Fighting Gear in T-134 - Fire Dept. in Hangar Building)
```
   1 Strap, safety
   1 Playpipe & tip, straight, 2-1/2"
   2 Nozzles, playpipe, 2-1/2" to 1-1/2"
   3 Nozzles, shut-off, 1-1/2"
   2 Tips, nozzle, 1-1/4"
   1 Playpipe, 2-1/2" to 1"
   1 Nozzle, tip, 1"
   1 Nozzle, shut-off, 1-1/2", w/1-1/8" nozzle tip
   1 Tip, 1-1/8"
   2 Nozzles, shut-off, 1", Booster with 3/8" tip
   1 Nozzle, Comb. fog & spray and straight stream, 3/4"
   2 Connectors, Double, Female, 2-1/2"
   1 Connector, Double, Male, 2-1/2"
```

- 9 -

VOL 2915 PAGE 143

| | |
|---|---|
| 3 | Reducers, double, female, 2-1/2" to 1-1/2" |
| 1 | Wye, Straight, 2-1/2" to 2-1/2" |
| 4 | Wyes, Gates, 2-1/2" to 1-1/2" |
| 4 | Nozzles, Fog with shut-off, 1-1/2" |
| 2 | Wrenches, hydrant, Adj. |
| 1 | Wrench, Spanner, double |
| 1 | Wrench, Spanner, 2-1/2" |
| 1 | Wrench, Spanner, combination, 2-1/2" |
| 1 | Connector, Siamese, "Y", 2-1/2" |
| 1 | Broom, Rotary, Tractor-driven, Ser. #TTS 446, 1943, Mod. No. same as Ser. No., "Frank T. Hough Co.", size, 30" x 96" |

Accessories:
    2 Tires and Tubes, 6.00 x 16
    2 Tires and Tubes, 6.00 x 9
    2 Brushes

9 Padlocks: "Best"
1 Truck, Fire, crash, "International", gasoline powered, class 125, USA #504365, Ser. #9MS09-1616, Eng. #BF-2104, Pump #1654,

Accessories:
    1 Set Chains, tire
    4 Cans Solution, Foam, 2-gal.
    1 Coil, Rope, 3/4"
    1 Kit, crash
    2 Wrenches, hydrant
    7 Hoods, asbestos
    1 Kit, tool
    1 Wrench, pipe, "Stilson", 18"
    1 Mask, gas
    2 Suits, asbestos
    1 Kit, first-aid
    4 Wrenches, spanner
    1 Wrench, wheel
    2 Guns, grease, "Alimite", mod. #5585
    1 Hammer
    1 Crank, starting
    1 Jack, hydraulic, 3-ton, w/handle
    2 Nozzles, foam
    300 Ft. Hose, high pressure
    2 Nozzles, Silver Spray, "Meyers"
    1 Light, Thompson (battery but no light)
    3 Extinguishers, fire, CO, 15 lb.
    1 Extinguisher, fire, CTC, 1-gal.
    2 Extinguishers, fire, CTC, 1-qt.
    1 Axe, fire
    1 Pole, pike
    1 Bar, claw, hook
    1 Bar, pinch
    1 Coupling, Q.M.
    1 Cap, 2-1/2"
    1 Siren, flasher
    3 Lights, spot
    1 Mirror, rear view
    1 Ladder, folding, 12'
    1 Wrench, monkey, 12"
    3 Wrenches, Open-end
    4 Connectors (2-#14, 1-#16, 1-#18)
    2 Screwdrivers
    1 Tool, tire
    1 Spotlight, portable

1 Truck, Fire, crash, "Chevrolet", gasoline powered, class 125, USA #506703, Ser. #IMS01-4863, Eng. #BF-350293, Pump #1626; High pressure, fog-foam, mounted on Commercial 1-1/2 ton 4 x 2 chassis:

Accessories:
    1 Kit, crash
    1 Light, "Thompson", w/battery
    2 Suits, asbestos
    6 Hoods, asbestos
    1 Mask, gas
    1 Pr. Gloves
    1 Axe, fire
    2 Nozzles, foam

VOL 2915 PAGE 144

    5 Nozzles, "Meyers"
    2 Extinguishers, fire, Foam, 2-1/2 gal.
    1 Bar, claw, hook
    1 Pole, pike
    1 Ladder, folding, 12'
    1 Jack, hydraulic, 3-ton, w/handle
    1 Crank, starting
    1 Tool, rim, tire
    1 Gun, grease
    3 Spotlights
    3 Reels, high pressure hose, 100' lengths
    1 Extinguisher, fire, $CO_2$, 20 lb.
    1 Coupling, D.M., 2-1/2"
    1 Cap, 2-1/2"
    1 Extinguisher, fire, CTC, 1-qt.
    1 Mirror, rear view

Equipment in Guard House:
300 Ft. 1" high pressure rubber hose in 6-50' lengths
 17 2-gal. cans liquid foam
  6 Coal oil lanterns
  1 2-1/2" play pipe - 1" tip
  3 2-1/2" pipes complete
  1 2-1/2" nozzle valve and tip
  2 1-1/2" fog nozzles with tips - combination
  2 1-1/2" fog nozzles without tips - combination
  2 1-1/2" nozzles with tips
  2 1" Elkhart fog nozzles
  1 1-1/4" tip
  2 2-1/2" double female couplings
  1 2-1/2" double male coupling
  1 1" double male coupling
  3 2-1/2" to 1-1/2" double female adapters
  1 2-1/2" to 1" reducer
  1 2" to 1-1/2" reducer
  1 2-1/2" Wye
  1 2-1/2" Siamese coupling
  4 2-1/2" to 1-1/2" Wyes, Single female, double male, w/shutoffs
  2 Hose belt tails
  2 2-1/2" spanners
  2 Hydrant wrenches
  3 Male hose couplings
  3 Female hose couplings
  1 Fog nozzle spreader tip, shop made
  1 2" plug
  1 Small roll rubber packing
  1 Miscellaneous rubber gaskets (Box)
  1 6" funnel
  7 4# $CO_2$ Extinguishers
  4 3# $CO_2$ Extinguishers
  2 $CO_2$ nozzles
    Several pcs. rubber hose for $CO_2$ extinguishers, approx. 15'
  1 5-1/2" to 4-1/2" female adapter
  2 10' plaster hooks
  1 Large can misc. fittings, $CO_2$ valves, gaskets, pipe fittings, etc.
  1 $CO_2$ dehydrater
  3 Incomplete pump cans
 14 2-1/2 gal. babcocks - soda & acid
 24 1-qt. pyrenes
250 Ft. 2-1/2" single jacket hose in 50' lengths
  2 Cases Batteries for hand light
  2 6' applicators
  2 10' applicators
  1 Box Pyrene hangers - approx. 20
  5 Lbs. Soda
  3 Sets Skid chains
  1 5-gal. can liquid foam
  1 15# $CO_2$ extinguisher
  1 Rear vision mirror with extension arm
  6 Bottles Sulphuric Acid (7#)

vol 2915 page 145

being the same land acquired by the United States of America under Declaration of Taking filed February 15, 1943, in cause entitled United States v 13.33 Acres of Land in Seattle, King County, Washington, Civil Docket No. 656, in the District Court of the United States for the Western District of Washington, Northern Division; and by purchase from various owners under deeds all of record in the office of the County Auditor of King County, Washington.

The above described premises are transferred subject to existing easements for public roads and highways, public utilities, railroad rights of way and pipe lines, and also subject to an easement granted by Horton Investment Company to Puget Sound Traction, Light and Power Company dated September 8, 1915, filed for record October 21, 1915, File No. 1024007 in Volume 902 of Deeds, Page 560, records of the County Auditor, King County, State of Washington and further subject to the conditions, reservations and restrictions contained in the deeds and Declaration of Taking under which the United States of America acquired title.

EXCEPTING, HOWEVER, from this conveyance all right, title and interest in and to all its property in the nature of equipment, furnishings and other personal property located on the above described premises or the premises leased from party of the second part which can be removed from the land without material injury to the land or structures located thereon, other than property of such nature located on the premises conveyed hereby which is reasonably necessary for the operation or maintenance of the airport or for the operation or maintenance of the structures and improvements specifically listed hereinabove as being transferred hereby, for any reasonable use for which such structures or improvements are readily adaptable; and further excepting from this conveyance all its structures on said premises other than structures specifically described or enumerated above as being conveyed hereunder; and reserving to the party of the first part for itself and its lessees, licensees, permittees, agents and assigns the right to use the property and structures excepted hereby in such a manner as will not materially and adversely affect the development, improvement, operation or maintenance of the airport and the right of removal from said premises of such property and structures, all within a reasonable period of time after the date hereof, which shall not be construed to mean any period more than one (1) year after the date of this instrument, together with a right of ingress to and egress from said premises for such purposes.

And further excepting from this conveyance and reserving to the party of the first part, in accordance with Executive Order 9908, approved on December 5, 1947, (12 F. R. 8223), all uranium, thorium, and all other materials determined pursuant to section 5 (b) (1) of the Atomic Energy Act of 1946 (60 Stat. 761), to be

VOL 2915 PAGE 146

peculiarly essential to the production of fissionable material, contained, in whatever concentration, in deposits in the lands covered by this instrument which are hereby reserved for the use of the United States, together with the right of the United States through its authorized agents or representatives at any time to enter upon the land and prospect for, mine and remove the same, making just compensation for any damage or injury occasioned thereby. However, such land may be used, and any rights otherwise acquired by this disposition may be exercised, as if no reservation of such materials had been made; except that, when such use results in the extraction of any such material from the land in quantities which may not be transferred or delivered without a license under the Atomic Energy Act of 1946, as it now exists or may hereafter be amended, such material shall be the property of the United States Atomic Energy Commission, and the Commission may require delivery of such material to it by any possessor thereof after such material has been separated as such from the ores in which it was contained. If the Commission requires the delivery of such material to it, it shall pay to the person mining or extracting the same, or to such other person as the Commission determines to be entitled thereto, such sums, including profits, as the Commission deems fair and reasonable for the discovery, mining, development, production, extraction, and other services performed with respect to such material prior to such delivery, but such payment shall not include any amount on account of the value of such material before removal from its place of deposit in nature. If the Commission does not require delivery of such material to it, the reservation hereby made shall be of no further force or effect.

Further, the party of the first part, for the considerations hereinabove expressed, does hereby surrender, subject to the terms and conditions of this instrument to the party of the second part the former's leasehold interest in and to the premises set forth and described in lease No. W04-193-eng-3584 dated September 1, 1943, and lease No. W04-193-eng-1528 dated July 6, 1943, from King County, Washington, to the United States of America including 451.75 acres, more or less, of land situated in the City of Seattle, County of King, State of Washington.

Said property transferred hereby was duly declared surplus and was assigned to the War Assets Administrator for disposal, acting pursuant to the provisions of the above mentioned Act, as amended, Executive Order 9689, and applicable rules, regulations and orders.

TO HAVE AND TO HOLD said premises, with appurtenances, except the fissionable materials and other property excepted above and the rights reserved above, and under and subject to the reservations, restrictions and conditions set forth in this instrument, unto the said party of the second part, its successors and assigns forever.

VOL 2915 PAGE 147

By the acceptance of this deed or any rights hereunder, the said party of the second part, for itself, its successors and assigns agrees that the transfer of the property transferred by this instrument, is accepted subject to the following restrictions set forth in subparagraphs (1) and (2) of this paragraph, which shall run with the land, imposed pursuant to the authority of Article 4, Section 3, Clause 2 of the Constitution of the United States of America, the Federal Property and Administrative Services Act of 1949, the Surplus Property Act of 1944, as amended thereby, and applicable rules, regulations and orders:

(1) That, except as provided in subparagraph (6) of the next succeeding unnumbered paragraph, the land, buildings, structures, improvements and equipment in which this instrument transfers any interest shall be used for public airport purposes for the use and benefit of the public, on reasonable terms and without unjust discrimination and without grant or exercise of any exclusive right for use of the airport within the meaning of the terms "exclusive right" as used in subparagraph (4) of the next succeeding paragraph. As used in this instrument, the term "airport" shall be deemed to include at least all such land, buildings, structures, improvements and equipment.

(2) That, except as provided in subparagraph (6) of the next succeeding paragraph, the entire landing area, as defined in WAA Regulation 16, dated June 26, 1946, and all structures, improvements, facilities and equipment in which this instrument transfers any interest shall be maintained for the use and benefit of the public at all times in good and serviceable condition, provided, however, that such maintenance shall be required as to structures, improvements, facilities and equipment only during the remainder of their estimated life, as determined by the Civil Aeronautics Administrator or his successor. In the event materials are required to rehabilitate or repair certain of the aforementioned structures, improvements, facilities or equipment, they may be procured by demolition of other structures, improvements, facilities or equipment transferred hereby and located on the above described premises which have outlived their use as airport property in the opinion of the Civil Aeronautics Administrator or his successor.

By the acceptance of this deed or any rights hereunder, the said party of the second part for itself, its successors and assigns, also assumes the obligations of, covenants to abide by and agrees to, and this transfer is made subject to, the following reservations and restrictions set forth in subparagraphs (1) to (7), inclusive, of this paragraph, which shall run with the land, imposed pursuant to the authority of Article 4, Section 3, Clause 2 of the Constitution of the United States of America, the Federal Property and Administrative Services Act of 1949, the Surplus

VOL 2915 PAGE 148

Property Act of 1944, as amended thereby, and applicable rules, regulations and orders:

(1) That insofar as it is within its powers, the party of the second part shall adequately clear and protect the aerial approaches to the airport by removing, lowering, relocating, marking or lighting or otherwise mitigating existing airport hazards and by preventing the establishment or creation of future airport hazards.

(2) That the United States of America (hereinafter sometimes referred to as the "Government") through any of its employees or agents shall at all times have the right to make nonexclusive use of the landing area of the airport at which any of the property transferred by this instrument is located or used, without charge; Provided, however, that such use may be limited as may be determined at any time by the Civil Aeronautics Administrator or his successor to be necessary to prevent undue interference with use by other authorized aircraft; Provided, further, that the Government shall be obligated to pay for damages caused by such use, or if its use of the landing area is substantial, to contribute a reasonable share of the cost of maintaining and operating the landing area, commensurate with the use made by it.

(3) That during any national emergency declared by the President of the United States of America or the Congress thereof, the Government shall have the right to make exclusive or nonexclusive use and have exclusive or nonexclusive control and possession, without charge, of the airport at which any of the property transferred by this instrument is located or used, or of such portion thereof as it may desire, provided, however, that the Government shall be responsible for the entire cost of maintaining such part of the airport as it may use exclusively, or over which it may have exclusive possession or control, during the period of such use, possession, or control, and shall be obligated to contribute a reasonable share, commensurate with the use made by it, of the cost of maintenance of such property as it may use nonexclusively or over which it may have nonexclusive control and possession; Provided, further, that the Government shall pay a fair rental for its use, control, or possession, exclusively or non-exclusively of any improvements to the airport made without United States aid.

(4) That no exclusive right for the use of the airport at which the property transferred by this instrument is located shall be vested (directly or indirectly) in any person or persons to the exclusion of others in the same class, the term "exclusive right" being defined to mean

(1) any exclusive right to use the airport for conducting any particular aeronautical activity requiring operation of aircraft;

VOL 2915 PAGE 149

(2) any exclusive right to engage in the sale or supplying of aircraft, aircraft accessories, equipment, or supplies (excluding the sale of gasoline and oil), or aircraft services necessary for the operation of aircraft (including the maintenance and repair of aircraft, aircraft engines, propellers, and appliances).

(5) That, except as provided in subparagraph (6) of this paragraph, the property transferred hereby may be successively transferred only with the proviso that any such subsequent transferee assumes all the obligations imposed upon the party of the second part by the provisions of this instrument.

(6) That no property transferred by this instrument shall be used, leased, sold, salvaged, or disposed of by the party of the second part for other than airport purposes without the written consent of the Civil Aeronautics Administrator, which shall be granted only if said Administrator determines that the property can be used, leased, sold, salvaged or disposed of for other than airport purposes without materially and adversely affecting the development, improvement, operation or maintenance of the airport at which such property is located; (Provided, that no structures disposed of hereunder shall be used as an industrial plant, factory, or similar facility within the meaning of Section 23 of the Surplus Property Act of 1944, as amended, unless the party of the second part shall pay to the United States such sum as the General Services Administrator or his successor in function shall determine to be a fair consideration for the removal of the restriction imposed by this proviso.)

(7) The party of the second part does hereby release the Government, and will take whatever action may be required by the General Services Administrator to assure the complete release of the Government from any and all liability the Government may be under for restoration or other damages under any lease or other agreement covering the use by the Government of the airport, or part thereof, owned, controlled or operated by the party of the second part, upon which, adjacent to which, or in connection with which, any property transferred by this instrument was located or used; Provided, that no such release shall be construed as depriving the party of the second part of any right it may otherwise have to receive reimbursement under Section 17 of the Federal Airport Act for the necessary rehabilitation or report of public airports heretofore or hereafter substantially damaged by any Federal agency.

By acceptance of this instrument or any rights hereunder, the party of the second part further agrees with the party of the first part as follows:

(1) That in the event that any of the aforesaid terms, conditions, reservations or restrictions is not met, observed, or complied with by the party of the

VOL 2915 PAGE 150

second part or any subsequent transferee, whether caused by the legal inability of said party of the second part or subsequent transferee to perform any of the obligations herein set out, or otherwise, the title, right of possession and all other rights transferred by this instrument to the party of the second part, or any portion thereof, shall at the option of the party of the first part revert to the party of the first part sixty (60) days following the date upon which demand to this effect is made in writing by the Civil Aeronautics Administrator or his successor in function, unless within said sixty (60) days such default or violation shall have been cured and all such terms, conditions, reservations and restrictions shall have been met, observed or complied with, in which event said reversion shall not occur and title, right of possession, and all other rights transferred hereby, except such, if any, as shall have previously reverted, shall remain vested in the party of the second part, its transferees, successors and assigns.

(2) That if the construction as covenants of any of the foregoing reservations and restrictions recited herein as covenants or the application of the same as covenants in any particular instance is held invalid, the particular reservations or restrictions in question shall be construed instead merely as conditions upon the breach of which the Government may exercise its option to cause the title, right of possession and all other rights transferred to the party of the second part, or any portion thereof, to revert to it, and the application of such reservations or restrictions as covenants in any other instance and the construction of the remainder of such reservations and restrictions as covenants shall not be affected thereby.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be executed as of the day and year first above written.

THE UNITED STATES OF AMERICA
Acting by and through
The General Services Administrator

By _____R E Blackburn_____
R. E. BLACKBURN
Associate Regional Director
11th Region, Liquidation Service

KING COUNTY, WASHINGTON
A Municipal Corporation

ATTEST:

_____Robert A Morris_____
County Auditor and
Ex-officio Clerk of the Board

(SEAL)

By _____
Acting Chairman, Board of County
Commissioners

Approved as to Form:

_____
Assistant Regional Counsel
Real Property Division
Liquidation Service

- 17 -