# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

                  Plaintiff (s),

v.

KING COUNTY WASHINGTON et al.,

                  Defendant (s).

CASE NO. 2:20−cv−00203−RJB

MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES

| | |
|---|---|
| EIGHT DAYS JURY TRIAL set for | February 16, 2021 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | May 20, 2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 19, 2020 |
| All motions related to discovery must be FILED by | September 28, 2020 |
| Discovery COMPLETED by | October 19, 2020 |
| All dispositive motions must be FILED by | November 17, 2020 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | January 19, 2021 |
| Agreed pretrial order LODGED with the court by | January 29, 2021 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | February 5, 2021 at 08:30 AM |
| Trial briefs, proposed voir dire & jury instructions due * | February 5, 2021 |

*JURY INSTRUCTIONS See Local Civil Rule LCR51. A Manual of Model Civil Jury Instructions For the Ninth Circuit − Latest Edition should be used as the format for proposed jury instructions. See www.wawd.uscourts.gov.

Minute Order Setting Trial, Pretrial Dates and Ordering Mediation – Page 1

1  PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be
2  submitted unless specifically requested by the Judge.

3  If any of the dates identified in this Order or the Local Civil Rules fall on a
4  weekend or federal holiday, the act or event shall be performed on the next business day.
5  These are firm dates that can be changed only by order of the Court.

6  If this case is settled, please advise Tyler Campbell, Courtroom Deputy to Judge
7  Bryan, immediately at (253) 882–3822. If this case is not settled, it will go to trial on the
8  date set or as soon thereafter as the court is available.

10  DATED: April 20, 2020

12  The foregoing Minute Order entered by  /s/ Tyler Campbell   Deputy Clerk, **BY
13  DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED
14  STATES DISTRICT JUDGE.**