The Honorable Robert J. Bryan

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

9

UNITED STATES OF AMERICA,

No. 2:20-cv-203-RJB

10

Plaintiff,

11

v.

12

KING COUNTY, WASHINGTON, et al.,

13

Defendants.

14

**JOINT STIPULATION FOR RELIEF**
**FROM THE COURT'S CURRENT**
**DEADLINE FOR DISCLOSURE OF**
**EXPERT DISCOVERY PURSUANT**
**TO FRCP 26(a)(2)**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR RELIEF FROM THE COURT'S
CURRENT DEADLINE FOR DISCLOSURE OF EXPERT
DISCOVERY PURSUANT TO FRCP 26(a)(2)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

1

2

Plaintiff United States of America and Defendants King County and Dow Constantine hereby stipulate, pursuant to Local Civil Rule 7(j), as follows:

3

4

WHEREAS, the Court's Minute Order Setting Trial and Pretrial Dates (Dkt. No. 18) directs the parties to make any Rule 26(a)(2) disclosures no later than August 19, 2020.

5

6

7

WHEREAS, the parties are still in the process of reviewing and producing documents and other electronically stored information that are potentially relevant to expert opinions one or both parties may disclose, and are negotiating the terms of a protective order;

8

WHEREAS, the discovery deadline in the case currently is October 19, 2020; and

9

10

WHEREAS, the parties agree that there is good cause to extend of the deadline for making expert disclosures by approximately two weeks;

11

12

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree as follows:

13

14

The parties shall make any Rule 26(a)(2) disclosures no later than September 4, 2020. SO STIPULATED.

15

16

Respectfully submitted, August 13, 2020.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR RELIEF FROM THE COURT'S
CURRENT DEADLINE FOR DISCLOSURE OF EXPERT
DISCOVERY PURSUANT TO FRCP 26(a)(2)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

1

2
/s/ Timothy G. Leyh
/s/ Kristin E. Ballinger
3
/s/ Shane P. Cramer
/s/ Timothy P. Barnes
4
/s/ H. Kevin Wright
*/s/ Michael J. Gerardi*
5
BRIAN T. MORAN
HARRIGAN LEYH FARMER &
THOMSEN LLP
United States Attorney
6
Timothy G. Leyh, WSBA #14853
Kristin E. Ballinger, WSBA #28253
7
ALEXANDER K. HAAS
Shane P. Cramer, WSBA #35099
Director
999 Third Avenue, Suite 4400
8
Seattle, WA 98104
JACQUELINE COLEMAN SNEAD
Tel:        (206) 623-1700
9
Assistant Branch Director
Email: timl@harriganleyh.com
Email: kristinb@harriganleyh.com
10
Michael J. Gerardi (D.C. Bar No. 1017949)
Email: shanec@harriganleyh.com
Trial Attorney
11
United States Department of Justice
Civil Division, Federal Programs Branch
DANIEL T. SATTERBERG
12
1100 L St. NW, Room 12212
King County Prosecuting Attorney
Washington, D.C. 20005
13
Tel: (202) 616-0680
Timothy P. Barnes, WSBA #29929
14
Fax: (202) 616-8460
H. Kevin Wright, WSBA #19121
E-mail: michael.j.gerardi@usdoj.gov
Senior Deputy Prosecuting Attorneys
15
516 Third Avenue, Suite W400
*Attorneys for Plaintiff*
Seattle, WA 98104
16
Tel:  (206) 477-1120
17
Fax:  (206) 296-0191
Email: timothy.barnes@kingcounty.gov
18
Email: kevin.wright@kingcounty.gov
19
*Attorneys for King County and Dow*
20
*Constantine*

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR RELIEF FROM THE COURT'S
CURRENT DEADLINE FOR DISCLOSURE OF EXPERT
DISCOVERY PURSUANT TO FRCP 26(a)(2)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

This matter comes before the Court on the Parties' Joint Stipulation for Relief from the Court's Current Deadline for Disclosure of Expert Discovery Pursuant to FRCP 26(a)(2).  After considering the Parties' Joint Stipulation, the Court hereby ORDERS as follows:

- The parties shall make any Rule 26(a)(2) disclosures no later than September 4, 2020.

IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

Robert J. Bryan
United States District Judge

Presented By:

**UNITED STATES
DEPARTMENT OF JUSTICE**

*/s/ Michael J. Gerardi*

*/s/ Timothy G. Leyh*
*/s/ Kristin E. Ballinger*
*/s/ Shane P. Cramer*
*/s/ Timothy P. Barnes*
*/s/ H. Kevin Wright*

JOINT STIPULATION FOR RELIEF FROM THE COURT'S
CURRENT DEADLINE FOR DISCLOSURE OF EXPERT
DISCOVERY PURSUANT TO FRCP 26(a)(2)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

| | |
|---|---|
| BRIAN T. MORAN<br>United States Attorney<br><br>ALEXANDER K. HAAS<br>Director<br><br>JACQUELINE COLEMAN SNEAD<br>Assistant Branch Director<br><br>Michael J. Gerardi (D.C. Bar No. 1017949)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW, Room 12212<br>Washington, D.C. 20005<br>Tel: (202) 616-0680<br>Fax: (202) 616-8460<br>E-mail: michael.j.gerardi@usdoj.gov<br><br>*Attorneys for Plaintiff* | HARRIGAN LEYH FARMER &<br>THOMSEN LLP<br>Timothy G. Leyh, WSBA #14853<br>Kristin E. Ballinger, WSBA #28253<br>Shane P. Cramer, WSBA #35099<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel:         (206) 623-1700<br>Email: timl@harriganleyh.com<br>Email: kristinb@harriganleyh.com<br>Email: shanec@harriganleyh.com<br><br>DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br><br>Timothy P. Barnes, WSBA #29929<br>H. Kevin Wright, WSBA #19121<br>Senior Deputy Prosecuting Attorneys<br>516 Third Avenue, Suite W400<br>Seattle, WA 98104<br>Tel:  (206) 477-1120<br>Fax:  (206) 296-0191<br>Email: timothy.barnes@kingcounty.gov<br>Email: kevin.wright@kingcounty.gov<br><br>*Attorneys for King County and Dow<br>Constantine* |

JOINT STIPULATION FOR RELIEF FROM THE COURT'S
CURRENT DEADLINE FOR DISCLOSURE OF EXPERT
DISCOVERY PURSUANT TO FRCP 26(a)(2)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned certifies that all participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system on August 13, 2020.

*/s/ Michael J. Gerardi*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 616-0680
Email: Michael.j.gerardi@usdoj.gov

JOINT STIPULATION FOR RELIEF FROM THE COURT'S
CURRENT DEADLINE FOR DISCLOSURE OF EXPERT
DISCOVERY PURSUANT TO FRCP 26(a)(2)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-3346**