The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON, et al.,<br><br>Defendants. | No. 2:20-cv-203-RJB<br><br>**STIPULATION FOR MODIFICATION OF MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES AND [PROPOSED] ORDER** |

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-4336

Plaintiff United States of America and Defendants King County and Dow Constantine hereby stipulate, pursuant to Local Civil Rules 7(j) and 16(b)(6), as follows:

WHEREAS, Plaintiff filed this action on February 10, 2020.

WHEREAS, the Court entered a Minute Order Setting Trial and Pretrial Dates (Dkt. No. 18) on April 20, 2020, setting forth trial and pretrial dates in this action;

WHEREAS, the primary expert witness deadline currently is September 4, 2020, and the discovery deadline is October 19, 2020;

WHEREAS, trial is set for February 16, 2021, approximately twelve months from the date the case was filed;

WHEREAS the Parties have not previously requested an extension of either the discovery deadline or the trial date in this action;

WHEREAS, the Parties have been engaging in discovery since they held the Rule 26(f) conference, and have served and responded to multiple discovery requests on one another;

WHEREAS, Plaintiff is implementing guidance from the United States Office for Management and Budget (OMB) "to offer maximum telework flexibilities to all current telework eligible employees, consistent with operational needs of the departments and agencies as determined by their heads" in response to the COVID-19 coronavirus outbreak. Memorandum from the Acting Director of The Office of Management and Budget to the Heads of Departments and Agencies, "Updated Guidance for National Capital Region on Telework Flexibilities in Response to Coronavirus" (March 15, 2020), https://www.whitehouse.gov/wp-content/uploads/2020/03/M20-l 5-TeleworkGuidance-OMB.pdf (last accessed August 31, 2020);

WHEREAS, the OMB guidance has limited Plaintiff's ability to search, review, and produce responsive documents;

WHEREAS, in addition, Plaintiff believes that certain of the records Defendants have requested in this Action likely contain non-public information, including personally identifying information as well as confidential business information, that is subject to protection under

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

federal law and discovery privileges such that Plaintiff likely will need to seek entry of a protective order and/or make significant redactions once it has been able to review the subject documents before they can be produced;

    WHEREAS, in light of these ongoing restrictions and concerns, the Parties believe that good cause exists to modify the current case schedule, which was entered by the Court in the early stages of the COVID-19 coronavirus outbreak, because it is not sufficient for the Parties to complete fact and expert discovery in this case;

    WHEREAS, the Parties acknowledge that new developments in this case or in the current public health situation may necessitate future reconsideration of the case schedule, but agree that their present proposal to extend the trial and pre-trial dates is appropriate;

    WHEREAS, under the Parties' stipulated proposal, the case schedule dates will all be extended by approximately five months, with the trial occurring on July 20, 2021, which is only 17 months from the date the case was filed.

    NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree on the following revised schedule of trial and pre-trial dates:

| | |
|---|---|
| EIGHT DAYS JURY TRIAL set for | July 20, 2021 at 9:30 AM |
| Disclosure of expert testimony under FRCP 26(a)(2) | January 26, 2021 |
| All motions related to discovery must be FILED by | March 11, 2021 |
| Discovery COMPLETED by | March 26, 2021 |
| All dispositive motions must be FILED by | April 16, 2021 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | June 20, 2021 |
| Agreed pretrial order LODGED with the court by | June 30, 2021 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | July 13, 2021 at 8:30 AM |

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

| Trial briefs, proposed voir dire & jury instructions due* | July 13, 2021 |

SO STIPULATED.

Respectfully submitted, August 31, 2020

*/s/ Michael J. Gerardi*
BRIAN T. MORAN
United States Attorney

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12212
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Attorneys for Plaintiff*

*/s/ Timothy G. Leyh*
*/s/ Kristin E. Ballinger*
*/s/ Shane P. Cramer*
*/s/ Timothy P. Barnes*
*/s/ H. Kevin Wright*
HARRIGAN LEYH FARMER & THOMSEN LLP
Timothy G. Leyh, WSBA #14853
Kristin E. Ballinger, WSBA #28253
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel:       (206) 623-1700
Email: timl@harriganleyh.com
Email: kristinb@harriganleyh.com
Email: shanec@harriganleyh.com

DANIEL T. SATTERBERG
King County Prosecuting Attorney

Timothy P. Barnes, WSBA #29929
H. Kevin Wright, WSBA #19121
Senior Deputy Prosecuting Attorneys
516 Third Avenue, Suite W400
Seattle, WA 98104
Tel:  (206) 477-1120
Fax:  (206) 296-0191
Email: timothy.barnes@kingcounty.gov
Email: kevin.wright@kingcounty.gov

*Attorneys for King County and Dow Constantine*

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-4336

## [PROPOSED] ORDER

This matter comes before the Court on the Parties' Stipulation for Modification of Minute Order Setting Trial and Pre-Trial Dates. Having considered the Parties' Stipulation, and good cause having been demonstrated, the Court hereby ORDERS the following revised schedule of trial and pre-trial dates:

| | |
|---|---|
| EIGHT DAYS JURY TRIAL set for | July 20, 2021 at 9:30 AM |
| Disclosure of expert testimony under FRCP 26(a)(2) | January 26, 2021 |
| All motions related to discovery must be FILED by | March 11, 2021 |
| Discovery COMPLETED by | March 26, 2021 |
| All dispositive motions must be FILED by | April 16, 2021 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | June 20, 2021 |
| Agreed pretrial order LODGED with the court by | June 30, 2021 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | July 13, 2021 at 8:30 AM |
| Trial briefs, proposed voir dire & jury instructions due* | July 13, 2021 |

IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

Robert J. Bryan
United States District Judge

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

Presented By:

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF JUSTICE** | */s/ Timothy G. Leyh*<br>*/s/ Kristin E. Ballinger*<br>*/s/ Shane P. Cramer*<br>*/s/ Timothy P. Barnes*<br>*/s/ H. Kevin Wright* |
| ***/s/ Michael J. Gerardi*** | |
| BRIAN T. MORAN<br>United States Attorney | HARRIGAN LEYH FARMER & THOMSEN LLP<br>Timothy G. Leyh, WSBA #14853<br>Kristin E. Ballinger, WSBA #28253 |
| ALEXANDER K. HAAS<br>Director | Shane P. Cramer, WSBA #35099<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104 |
| JACQUELINE COLEMAN SNEAD<br>Assistant Branch Director | Tel:         (206) 623-1700<br>Email: timl@harriganleyh.com<br>Email: kristinb@harriganleyh.com |
| Michael J. Gerardi (D.C. Bar No. 1017949)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW, Room 12212<br>Washington, D.C. 20005<br>Tel: (202) 616-0680<br>Fax: (202) 616-8460<br>E-mail: michael.j.gerardi@usdoj.gov | Email: shanec@harriganleyh.com<br><br>DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br><br>Timothy P. Barnes, WSBA #29929<br>H. Kevin Wright, WSBA #19121<br>Senior Deputy Prosecuting Attorneys<br>516 Third Avenue, Suite W400<br>Seattle, WA 98104<br>Tel:  (206) 477-1120<br>Fax:  (206) 296-0191<br>Email: timothy.barnes@kingcounty.gov<br>Email: kevin.wright@kingcounty.gov |
| *Attorneys for Plaintiff* | *Attorneys for King County and Dow Constantine* |

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-4336

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES AND [PROPOSED] ORDER

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on August 31, 2020.

          */s/ Michael J. Gerardi*
          Trial Attorney
          United States Department of Justice
          Civil Division, Federal Programs Branch
          Telephone: (202) 616-0680
          Email: Michael.j.gerardi@usdoj.gov

JOINT STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING TRIAL AND PRE-TRIAL DATES

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-3346**