UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>    v.<br><br>KING COUNTY, WASHINGTON; DOW CONSTANTINE, in his official capacity as King County Executive,<br><br>                           Defendants. | CASE NO. 20-0203 RJB<br><br>ORDER ON SECOND STIPULATION |

THIS MATTER comes before the Court on the Parties' Second Stipulation for Modification of Minute Order Setting Trial and Pretrial Dates. Dkt. 33.  The Court has considered the pleadings filed regarding the stipulation and the remaining file.

Having considered the Parties' stipulation, and good cause having been demonstrated, the Court hereby ORDERS the following revised schedule of trial and pre-trial dates, with minor modifications in bold:

ORDER ON SECOND STIPULATION - 1

| EIGHT DAYS JURY TRIAL set for | November 8, 2021 at 9:30 AM |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | May 25, 2021 |
| All motions related to discovery must be FILED by | July 15, 2021 |
| Discovery COMPLETED by | July 30, 2021 |
| All dispositive motions must be FILED by | August 5, 2021 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | October 7, 2021 |
| Agreed pretrial order LODGED with the court by | October 18, 2021 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | **October 29, 2021** at 8:30 AM |
| Trial briefs, proposed voir dire & jury instructions due* | **October 29, 2021** |

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 15th day of January, 2021.

					ROBERT J. BRYAN
					United States District Judge

ORDER ON SECOND STIPULATION - 2