HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

KING COUNTY, WASHINGTON; DOW CONSTANTINE, in his official capacity as King County Executive,

            Defendants.

Case No. 2:20-cv-203 RJB

NOTICE OF WITHDRAWAL
[LCR 83.2(b)(2)]

**TO:**        **Clerk of the Court**

**AND TO:**    **The Honorable Robert J. Bryan**

**AND TO:**    **All Counsel of Record**

    PLEASE TAKE NOTICE that **H. Kevin Wright** withdraws as attorney for **King County, Washington** and **Dow Constantine** in this matter pursuant to LCR 83.2(b)(2). King County, Washington and Dow Constantine will continue to be represented by its other attorneys of record.

    DATED this 22nd day of December, 2021.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Timothy G, Leyh*
By: *s/ Kristin E. Ballinger*
By: *s/ Shane P. Cramer*
    Timothy G. Leyh, WSBA #14853
    Kristin E. Ballinger, WSBA #28253
    Shane P. Cramer, WSBA #35099

NOTICE OF WITHDRAWAL
[LCR 83.2(b)(2)]- 1
(Case No. 2:20-cv-203 RJB)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

|   |   |
|---|---|
| 1 | 999 Third Avenue, Suite 4400 |
| 2 | Seattle, WA 98104<br>Tel:  (206) 623-1700 |
|   | Email: timl@harriganleyh.com |
| 3 | Email: kristinb@harriganleyh.com<br>Email: shanec@harriganleyh.com |
| 4 | |
|   | DANIEL T. SATTERBERG |
| 5 | King County Prosecuting Attorney |
| 6 | |
|   | By:  *s/ Timothy P. Barnes* |
| 7 | Timothy P. Barnes, WSBA #29929 |
|   | Senior Deputy Prosecuting Attorneys |
| 8 | 516 Third Avenue, Suite W400 |
|   | Seattle, WA 98104 |
| 9 | Tel:  (206) 477-1120 |
|   | Fax:  (206) 296-0191 |
| 10 | Email: timothy.barnes@kingcounty.gov |
| 11 | |
|   | *Attorneys for King County and Dow Constantine* |

NOTICE OF WITHDRAWAL
[LCR 83.2(b)(2)]- 2
(Case No. 2:20-cv-203 RJB)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717