HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

KING COUNTY, WASHINGTON; DOW
CONSTANTINE, in his official capacity as
King County Executive,

          Defendants.

Case No.  2:20-cv-203 RJB

STIPULATION FOR MODIFICATION OF
MINUTE ORDER SETTING EXPERT
TESTIMONY DISCLOSURE DEADLINE
AND [PROPOSED] ORDER

**NOTE ON MOTION CALENDAR:
OCTOBER 13, 2022**

## **STIPULATION**

    Plaintiff United States of America and Defendants King County and Dow Constantine

hereby stipulate, pursuant to Local Civil Rules 7(j) and 16(b)(6), as follows:

    WHEREAS, the Parties continue to engage in active discovery, including document

production, depositions, and other discovery;

    WHEREAS, the current deadline for the exchange of primary expert reports is October 14,

2022;

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING EXPERT TESTIMONY DISCLOSURE DEADLINE
AND [PROPOSED] ORDER - 1
(Case No. 2:20-cv-203 RJB)

1    WHEREAS, the Parties believe that it would be beneficial to extend the deadline for opening

2    expert reports in order to allow the Court to consider Defendants' Motion to Modify Case Schedule

3    filed contemporaneously with this Stipulation; and

4    WHEREAS, certain documents required for expert disclosures have not yet been produced;

5    NOW THEREFORE, the Parties, through their respective counsel of record, do hereby

6    stipulate and agree on, and request that the Court adopt, the following revised schedule for

7    disclosure of primary expert reports:

8    The deadline for serving expert reports shall be modified from October 14, 2022 to the later

9    of (a) seven days from the date that the Court rules on the County's Motion to Modify Case

10   Schedule (but no earlier than October 28, 2022) or (b) the date set forth in any amended case

11   schedule the Court issues after considering the County's motion.

12   **SO STIPULATED.**

13   Respectfully submitted this 13th day of October, 2022.

14   NICHOLAS W. BROWN                          HARRIGAN LEYH FARMER & THOMSEN LLP
     United States Attorney
15                                              By: *s/ Timothy G. Leyh*
                                                By: *s/ Shane P. Cramer*
16   BRIAN M. BOYNTON                           By: *s/ Ariel Martinez*
     Principal Deputy Assistant Attorney            Timothy G. Leyh, WSBA #14853
17   General                                        Shane P. Cramer, WSBA #35099
                                                    Ariel Martinez, WSBA #54869
18   ALEXANDER K. HAAS                              999 Third Avenue, Suite 4400
     Director                                       Seattle, WA 98104
19                                                  Tel:  (206) 623-1700
     JACQUELINE COLEMAN SNEAD                       Email: timl@harriganleyh.com
20   Assistant Branch Director                      Email: shanec@harriganleyh.com
                                                    Email: arielm@harriganleyh.com
21   By: *s/ Michael J. Gerardi*
     Michael J. Gerardi (D.C. Bar No. 1017949)
22   By: *s/ Benjamin T. Takemoto*
     Benjamin T. Takemoto
23   (D.C. Bar No. 308075)
     United States Department of Justice
24

25   STIPULATION FOR MODIFICATION OF MINUTE ORDER              LAW OFFICES
     SETTING EXPERT TESTIMONY DISCLOSURE DEADLINE     **HARRIGAN LEYH FARMER & THOMSEN LLP**
     AND [PROPOSED] ORDER - 2                              999 THIRD AVENUE, SUITE 4400
     (Case No. 2:20-cv-203 RJB)                          SEATTLE, WASHINGTON 98104
                                                  TEL (206) 623-1700   FAX (206) 623-8717

1

Civil Division, Federal Programs Branch
1100 L St. NW, Room 12212
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov
Email: benjamin.takemoto@usdoj.gov

*Attorneys for Plaintiff*

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By:  *s/ Timothy P. Barnes*
     Timothy P. Barnes, WSBA #29929
     Senior Deputy Prosecuting Attorneys
     516 Third Avenue, Suite W400
     Seattle, WA 98104
     Tel:  (206) 477-1120
     Fax:  (206) 296-0191
     Email: timothy.barnes@kingcounty.gov

*Attorneys for King County and Dow Constantine*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING EXPERT TESTIMONY DISCLOSURE DEADLINE
AND [PROPOSED] ORDER - 3
(Case No. 2:20-cv-203 RJB)

1

**[PROPOSED] ORDER**

2          This matter comes before the Court on the Parties' Stipulation for Modification of Minute

3   Order Setting Expert Testimony Disclosure Deadline, and good cause having been demonstrated,

4   the Court hereby orders that the deadline for serving expert reports shall be modified from

5   October 14, 2022 to the later of (a) seven days from the date that the Court rules on the County's

6   Motion to Modify Case Schedule (but no earlier than October 28, 2022) or (b) the date set forth in

7   any amended case schedule the Court issues after considering the County's motion.

8          **IT IS SO ORDERED.**

9          DATED this _____ day of _____, 2022.

10

11                                                    _____

12                                                    Robert J. Bryan
                                                      United States District Judge

13   Presented By:

14   NICHOLAS W. BROWN                  HARRIGAN LEYH FARMER & THOMSEN LLP
     United States Attorney
15                                      By: _s/ Timothy G, Leyh_____
                                        By: _s/ Shane P. Cramer_____
16   BRIAN M. BOYNTON                   By: _s/ Ariel Martinez_____
     Principal Deputy Assistant Attorney       Timothy G. Leyh, WSBA #14853
17   General                                    Shane P. Cramer, WSBA #35099
                                                Ariel Martinez, WSBA #54869
18   ALEXANDER K. HAAS                           999 Third Avenue, Suite 4400
     Director                                    Seattle, WA 98104
19                                               Tel:  (206) 623-1700
                                                 Email: timl@harriganleyh.com
20   JACQUELINE COLEMAN SNEAD                    Email: shanec@harriganleyh.com
     Assistant Branch Director                   Email: arielm@harriganleyh.com
21
     By: _s/ Michael J. Gerardi_____
22   Michael J. Gerardi (D.C. Bar No. 1017949)
     By: _s/ Benjamin T. Takemoto_____
23   Benjamin T. Takemoto
     (D.C. Bar No. 308075)

24

25   STIPULATION FOR MODIFICATION OF MINUTE ORDER              LAW OFFICES
     SETTING EXPERT TESTIMONY DISCLOSURE DEADLINE   **HARRIGAN LEYH FARMER & THOMSEN LLP**
     AND [PROPOSED] ORDER - 4                           999 THIRD AVENUE, SUITE 4400
     (Case No. 2:20-cv-203 RJB)                            SEATTLE, WASHINGTON 98104
                                                    TEL (206) 623-1700    FAX (206) 623-8717

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12212
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov
Email: benjamin.takemoto@usdoj.gov

*Attorneys for Plaintiff*

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By:  *s/ Timothy P. Barnes*
     Timothy P. Barnes, WSBA #29929
     Senior Deputy Prosecuting Attorneys
     516 Third Avenue, Suite W400
     Seattle, WA 98104
     Tel:  (206) 477-1120
     Fax:  (206) 296-0191
     Email: timothy.barnes@kingcounty.gov

*Attorneys for King County and Dow Constantine*

STIPULATION FOR MODIFICATION OF MINUTE ORDER
SETTING EXPERT TESTIMONY DISCLOSURE DEADLINE
AND [PROPOSED] ORDER - 5
(Case No. 2:20-cv-203 RJB)