HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KING COUNTY, WASHINGTON; DOW
CONSTANTINE, in his official capacity as
King County Executive,

        Defendants.

Case No.  2:20-cv-203 RJB

STIPULATION FOR MINUTE ORDER
SETTING SUMMARY JUDGMENT
BRIEFING SCHEDULE AND ORDER

**NOTE ON MOTION CALENDAR:
NOVEMBER 21, 2022**

## **STIPULATION**

    Plaintiff United States of America and Defendants King County and Dow Constantine (the

Parties) hereby stipulate, pursuant to Local Civil Rule 7(k), as follows:

    WHEREAS, the Parties intend to file cross motions for summary judgment and therefore

have conferred to identify a mutually agreeable briefing schedule;

    WHEREAS, the Parties submit this briefing schedule for approval from the court in

compliance with LCR 7(k);

STIPULATION FOR MINUTE ORDER SETTING
SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER- 1
(Case No. 2:20-cv-203 RJB)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1    NOW THEREFORE, the Parties, through their respective counsel of record, do hereby

2    stipulate and agree on, and request that the Court adopt, the following proposed briefing schedule

3    for the Parties' cross motions for summary judgment;

4    The deadline for Plaintiff's motion for summary judgment shall be December 14, 2022.

5    Defendants' consolidated response to Plaintiff's motion for summary judgment and cross-motion

6    for summary judgment shall be due on January 11, 2023.  Plaintiff's consolidated reply in support

7    of its motion for summary judgment and opposition to Defendants' motion for summary judgment

8    shall be due on February 1, 2023.  Defendants' reply in support of their cross-motion for summary

9    judgment shall be due on February 15, 2023.  The motions will be noted for consideration on

10   February 15, 2023 or whenever thereafter that is convenient for the Court.

11   The Parties shall adhere to the following page limitations for their motions.  Plaintiff's

12   summary judgment motion shall not exceed 24 pages.  Defendants' consolidated response and

13   cross-motion shall not exceed 36 pages.  Plaintiff's consolidated reply and opposition to

14   Defendant's cross-motion shall not exceed 24 pages.  Defendant's reply in support of its cross-

15   motion shall not exceed 12 pages.

16   **SO STIPULATED.**

17   Respectfully submitted this 21st day of November, 2022.

18

19

20

21

22

23

24

25   STIPULATION FOR MINUTE ORDER SETTING
     SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER- 2
     (Case No. 2:20-cv-203 RJB)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| 1 | NICHOLAS W. BROWN |
| | United States Attorney |
| 2 | |
| | BRIAN M. BOYNTON |
| 3 | Principal Deputy Assistant Attorney |
| | General |
| 4 | |
| 5 | ALEXANDER K. HAAS |
| | Director |
| 6 | |
| | JACQUELINE COLEMAN SNEAD |
| 7 | Assistant Branch Director |
| 8 | |
| | By: _s/ Michael J. Gerardi_____ |
| 9 | Michael J. Gerardi (D.C. Bar No. 1017949) |
| | By: _s/ Benjamin T. Takemoto_____ |
| 10 | Benjamin T. Takemoto |
| | (D.C. Bar No. 308075) |
| 11 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| 12 | 1100 L St. NW, Room 12212 |
| | Washington, D.C. 20005 |
| 13 | Tel: (202) 616-0680 |
| | Fax: (202) 616-8460 |
| 14 | E-mail: michael.j.gerardi@usdoj.gov |
| | Email: benjamin.takemoto@usdoj.gov |
| 15 | |

*Attorneys for Plaintiff*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Timothy G. Leyh_____
By: _s/ Shane P. Cramer_____
By: _s/ Ariel Martinez_____
  Timothy G. Leyh, WSBA #14853
  Shane P. Cramer, WSBA #35099
  Ariel Martinez, WSBA #54869
  999 Third Avenue, Suite 4400
  Seattle, WA 98104
  Tel:  (206) 623-1700
  Email: timl@harriganleyh.com
  Email: shanec@harriganleyh.com
  Email: arielm@harriganleyh.com

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: _s/ Timothy P. Barnes_____
  Timothy P. Barnes, WSBA #29929
  Senior Deputy Prosecuting Attorney
  516 3rd Avenue, #W554
  Seattle, WA 98104
  Tel:  (206) 477-1120
  Fax:  (206) 296-0191
  Email: timothy.barnes@kingcounty.gov

*Attorneys for King County and Dow Constantine*

| | |
|---|---|
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

STIPULATION FOR MINUTE ORDER SETTING
SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER- 3
(Case No. 2:20-cv-203 RJB)

1

**ORDER**

2       This matter comes before the Court on the Parties' Stipulation for Minute Order Setting

3   Summary Judgment Briefing Schedule.  The Court hereby orders that the deadline for Plaintiff's

4   motion for summary judgment shall be December 14, 2022.  Defendants' consolidated response to

5   Plaintiff's motion for summary judgment and cross-motion for summary judgment shall be due on

6   January 11, 2023.  Plaintiff's consolidated reply in support of its motion for summary judgment and

7   opposition to Defendants' motion for summary judgment shall be due on February 1, 2023.

8   Defendants' reply in support of their cross-motion for summary judgment shall be due on

9   February 15, 2023.  The motions will be noted for consideration on February 15, 2023.

10      The Parties shall adhere to the following page limitations for their motions: Plaintiff's

11  summary judgment motion shall not exceed 24 pages.  Defendants' consolidated response and

12  cross-motion shall not exceed 36 pages.   Plaintiff's consolidated reply and opposition to

13  Defendant's cross-motion shall not exceed 24 pages.  Defendant's reply in support of its cross-

14  motion shall not exceed 12 pages.

15      **IT IS SO ORDERED.**

16      DATED this 21st day of November, 2022.

17

18

19      ROBERT J. BRYAN
        United States District Judge

20

21

22

23

24

25  STIPULATION FOR MINUTE ORDER SETTING
    SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER- 4
    (Case No. 2:20-cv-203 RJB)

Presented By:

NICHOLAS W. BROWN
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

By: _s/ Michael J. Gerardi_____
Michael J. Gerardi (D.C. Bar No. 1017949)
By: _s/ Benjamin T. Takemoto_____
Benjamin T. Takemoto
(D.C. Bar No. 308075)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12212
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov
Email: benjamin.takemoto@usdoj.gov

**Attorneys for Plaintiff**

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Timothy G. Leyh_____
By: _s/ Shane P. Cramer_____
By: _s/ Ariel Martinez_____
    Timothy G. Leyh, WSBA #14853
    Shane P. Cramer, WSBA #35099
    Ariel Martinez, WSBA #54869
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:  (206) 623-1700
    Email: timl@harriganleyh.com
    Email: shanec@harriganleyh.com
    Email: arielm@harriganleyh.com

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: _s/ Timothy P. Barnes_____
    Timothy P. Barnes, WSBA #29929
    Senior Deputy Prosecuting Attorney
    516 3rd Avenue, #W554
    Seattle, WA 98104
    Tel:  (206) 477-1120
    Fax:  (206) 296-0191
    Email: timothy.barnes@kingcounty.gov

**Attorneys for King County and Dow Constantine**

STIPULATION FOR MINUTE ORDER SETTING
SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER- 5
(Case No. 2:20-cv-203 RJB)