HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON; DOW CONSTANTINE, in his official capacity as King County Executive,<br><br>Defendants. | Case No.  2:20-cv-203 RJB<br><br>STIPULATION FOR MODIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE AND ORDER<br><br>Note on Motion Calendar: March 2, 2023 |

Plaintiff United States of America and Defendants King County and Dow Constantine hereby stipulate, pursuant to Local Civil Rules 7(j) and 16(b)(6), as follows:

WHEREAS, Plaintiff filed this action on February 10, 2020;

WHEREAS, the current deadline for all motions related to discovery, as established in the Court's October 31, 2022 Order Granting Defendants' Motion to Modify Case Schedule, Dkt. 60, is March 3, 2023;

WHEREAS, the Parties have fully briefed potentially dispositive cross motions, and the Court has noticed a hearing on those motions for March 21, 2023 at 9:30 AM;

WHEREAS, Defendant King County served its Seventh Set of Discovery Requests to the

STIPULATION FOR MODIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE AND ORDER - 1
(Case No. 2:20-cv-203 RJB)

U.S. DEPARTMENT OF JUSTICE
1100 L St., NW
Washington, DC 20005
Tel: (202) 616-0680

1  United States of America on January 24, 2023, and Plaintiff provided its objections and responses
2  to those requests on February 23, 2023;

3      WHEREAS, the Parties currently disagree about the propriety of Defendant King County's
4  Seventh Set of Discovery Requests and Plaintiff's objections and responses, and the Parties have
5  met and conferred regarding their disagreement;

6      WHEREAS, Plaintiff is currently gathering additional information in light of the Parties'
7  meet-and-confer discussions to determine whether providing further responses to Defendant King
8  County's Seventh Set of Discovery Requests would be possible without imposing an undue burden
9  on Plaintiff;

10      WHEREAS, in light of the Parties' ongoing discussions, the Parties believe that good cause
11  exists to modify the current deadline to file all motions related to discovery by approximately one
12  week, from March 3, 2023 to March 9, 2023;

13      WHEREAS, under the Parties' stipulated proposal, the other deadlines established by the
14  Court's October 31, 2022 Order Granting Defendants' Motion to Modify Case schedule will not be
15  affected, and the Parties ask for this additional time to evaluate whether they can resolve existing
16  discovery disputes without further motions practice.

17      NOW THEREFORE, the Parties, through their respective counsel of record, do hereby
18  stipulate and agree that the deadline for all motions related to discovery should be extended by
19  approximately one week, to March 9, 2023.

20
21      SO STIPULATED.

    Respectfully submitted this 2nd day of March, 2023.
22
23
24
25  STIPULATION FOR MODIFICATION OF ORDER GRANTING
DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE AND
ORDER - 2
(Case No. 2:20-cv-203 RJB)

U.S. DEPARTMENT OF JUSTICE
1100 L St., NW
Washington, DC 20005
Tel: (202) 616-0680

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director<br><br>JACQUELINE COLEMAN SNEAD<br>Assistant Branch Director<br><br>By: *s/ Bradley P. Humphreys*<br><br>Bradley P. Humphreys (D.C. Bar No. 988057)<br>Michael J. Gerardi<br>Benjamin Takemoto<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 305-0878<br>Fax: (202) 616-8460<br>E-mail: bradley.humphreys@usdoj.gov<br><br>***Attorneys for Plaintiff*** | HARRIGAN LEYH FARMER & THOMSEN LLP<br><br>By: *s/ Timothy G, Leyh*<br>By: *s/ Shane P. Cramer*<br>By: *s/ Ariel Martinez*<br>By: *s/ Ashley D. Burman*<br>  Timothy G. Leyh, WSBA #14853<br>  Shane P. Cramer, WSBA #35099<br>  Ariel Martinez, WSBA #54869<br>  Ashley D. Burman, WSBA #58754<br>  999 Third Avenue, Suite 4400<br>  Seattle, WA 98104<br>  Tel:  (206) 623-1700<br>  Email: timl@harriganleyh.com<br>  Email: shanec@harriganleyh.com<br>  Email: arielm@harriganleyh.com<br>  Email: ashleyb@harriganleyh.com<br><br>LEESA MANION (she/her)<br>King County Prosecuting Attorney<br><br>By: *s/ Timothy P. Barnes*<br>  Timothy P. Barnes, WSBA #29929<br>  Senior Deputy Prosecuting Attorneys<br>  516 Third Avenue, Suite W400<br>  Seattle, WA 98104<br>  Tel:  (206) 477-1120<br>  Fax:  (206) 296-0191<br>  Email: timothy.barnes@kingcounty.gov<br><br>***Attorneys for King County and Dow Constantine*** |

STIPULATION FOR MODIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE AND ORDER - 3
(Case No. 2:20-cv-203 RJB)

**U.S. DEPARTMENT OF JUSTICE**
**1100 L St., NW**
**Washington, DC 20005**
**Tel: (202) 616-0680**

**ORDER**

This matter comes before the Court on the Parties' Stipulation for Modification of Order Granting Defendants' Motion to Modify Case Schedule. Having considered the Parties' Stipulation, and good cause having been demonstrated, the Court hereby extends the deadline for all motions related to discovery to March 9, 2023.

IT IS SO ORDERED.

DATED this 2nd day of March 2023.

_____
ROBERT J. BRYAN
United States District Judge

Presented By:

NICHOLAS W. BROWN
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

By: */s/ Bradley P. Humphreys*
Bradley P. Humphreys (D.C. Bar No. 988057)
Michael J. Gerardi
Benjamin Takemoto
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Timothy G. Leyh*
By: *s/ Shane P. Cramer*
By: *s/ Ariel Martinez*
By: *s/ Ashley D. Burman*
    Timothy G. Leyh, WSBA #14853
    Shane P. Cramer, WSBA #35099
    Ariel Martinez, WSBA #54869
    Ashley D. Burman, WSBA #58754
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    Email: timl@harriganleyh.com
    Email: shanec@harriganleyh.com
    Email: arielm@harriganleyh.com
    Email: ashleyb@harriganleyh.com

STIPULATION FOR MODIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE AND ORDER - 4
(Case No. 2:20-cv-203 RJB)

U.S. DEPARTMENT OF JUSTICE
1100 L St., NW
Washington, DC 20005
Tel: (202) 616-0680

| | |
|---|---|
| 1100 L Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 305-0878<br>Fax: (202) 616-8460<br>E-mail: bradley.humphreys@usdoj.gov<br><br>*Attorneys for Plaintiff* | LEESA MANION (she/her)<br>King County Prosecuting Attorney<br><br>By: *s/ Timothy P. Barnes*<br>　　Timothy P. Barnes, WSBA #29929<br>　　Senior Deputy Prosecuting Attorneys<br>　　516 Third Avenue, Suite W400<br>　　Seattle, WA 98104<br>　　Tel:  (206) 477-1120<br>　　Fax:  (206) 296-0191<br>　　Email: timothy.barnes@kingcounty.gov<br><br>***Attorneys for King County and Dow Constantine*** |

STIPULATION FOR MODIFICATION OF ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE AND ORDER - 5
(Case No. 2:20-cv-203 RJB)

**U.S. DEPARTMENT OF JUSTICE**
**1100 L St., NW**
**Washington, DC 20005**
**Tel: (202) 616-0680**